UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DOWLING,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, et al.,<br><br>Defendants. | No. 1:14-cv-01041-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 28, 29, 30, 38) |

Plaintiffs filed the complaint in this action on July 2, 2014. (Doc. No. 1.) On August 3, 2015, the Clerk of the Court entered default against the defendants. (Doc. No. 28.) On August 21, 2015, defendants filed a motion for relief from entry of default which was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Doc. Nos. 29, 36.)

On March 16, 2016, the magistrate judge filed a findings and recommendations recommending that defendants' motion to set aside default be granted and defendants be ordered to file an answer to the amended complaint. (Doc. No. 38.) The findings and recommendations was served on the parties and contained notice that any objections thereto were to be filed within fourteen days (14) days from the date of service. The period for filing objections has passed and no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations (Doc No. 38), filed March 16, 2016, are adopted;
2. Defendants' motion for relief from entry of default (Doc. No. 29), filed August 21, 2015, is granted; and
3. Defendants shall file an answer to the amended complaint within ten days from the date this order is docketed.

IT IS SO ORDERED.

Dated:  **April 27, 2016**                    _____
                                              UNITED STATES DISTRICT JUDGE