# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DOWLING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, et al.<br><br>　　　　Defendants. | No. 1:14-cv-01041-DAD-SAB<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR<br><br>FIVE DAY DEADLINE |

　　　　On May 5, 2016, a minute order issued setting a scheduling conference before the undersigned on June 14, 2016, at 9:45 a.m. and requiring the parties to file a joint scheduling report one week prior to the conference. On June 6, 2016, a joint statement was filed by the parties.

　　　　On June 14, 2016, the scheduling conference was called. John Drooyan appeared telephonically for Plaintiff, but there was no appearance by Defendants. The Court notes that this is not the first time that the Court has had to address a failure to comply by Defendants. On August 3, 2015, default was entered due to Defendants failure to file an answer; and the Court granted Defendants' motion to set aside default on April 27, 2016.

　　　　Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that, within five (5) days from the date of docketing of this order, Defendants shall show cause in writing why sanctions should not issue for the failure to appear at the June 14, 2016 scheduling conference. Failure to comply with this order will result in the issuance of sanctions up to and including entry of default.

IT IS SO ORDERED.

Dated: **June 14, 2016**

UNITED STATES MAGISTRATE JUDGE