# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DOWLING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, et al.<br><br>　　　　　Defendants. | No. 1:14-cv-01041-DAD-SAB<br><br>ORDER DISCHARGING ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR<br><br>(ECF Nos. 45, 46) |

On June 15, 2016, an order issued requiring Defendant to show cause why sanctions should not issue for failure to appear at the scheduling conference set in this action. On June 17, 2016, Defendant filed a reply. Based upon counsel's reply, the order to show cause shall be discharged.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed June 15, 2016, is discharged; and
2. A scheduling conference is set for June 28, 2016, at 10:00 a.m. in courtroom 9. The parties may appear telephonic but they must advise Courtroom Clerk Mamie Hernandez that they intend to appear by telephone.

IT IS SO ORDERED.

Dated: **June 20, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1