# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DOWLING,<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, et al.<br><br>          Defendants. | No.  1:14-cv-01041-DAD-SAB<br><br>ORDER RE STIPULATION TO PERMIT 50 INTERROGATORIES<br><br>(ECF No. 51) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the parties may submit 50 interrogatories in this action.

IT IS SO ORDERED.

Dated:   **July 11, 2016**

UNITED STATES MAGISTRATE JUDGE

1