MCGUIREWOODS LLP
ALISON V. LIPPA SBN #160807
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.1977
Facsimile: 415.518.1899
alippa@mcguirewoods.com

Attorneys for Defendant
BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING LP (erroneously sued as Bank of America, National Association, aka Bank of America, N,A.; aka Bank of America; and BAC Home Loans Servicing aka Bank of America Home Loans)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA D. DOWLING, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, AKA BANK OF AMERICA, N,A.; AKA BANK OF AMERICA; and BAC HOME LOANS SERVICING, AKA BANK OF AMERICA HOME LOANS,<br><br>Defendants. | CASE NO. 1:14-cv-01041-DAD-SAB<br><br>**ORDER RE STIPULATED REQUEST TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE TO MAY 23, 2017**<br><br>Complaint Filed:   July 2, 2014<br>Trial Date:           None Set |

This matter is before the Court regarding the Joint Stipulation of Plaintiff BRENDA D. DOWLING ("Plaintiff") and Defendant BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING LP (erroneously sued as Bank of America, National Association, aka Bank of America, N.A.; aka Bank of America; and BAC Home Loans Servicing aka Bank of America Home Loans) ("Defendant" or "BANA") (collectively the "Parties") to continue the mandatory settlement conference, currently scheduled for April 11, 2017, until **May 23, 2017**, or as soon thereafter as the Court's calendar will permit.

Having considered the Joint Stipulation presented, it appears that good cause exists to

grant this stipulated request.

THEREFORE, IT IS HEREBY ORDERED that

1. The current mandatory settlement conference scheduled for April 11, 2017 in this matter shall be continued until **May 23, 2017**, **at 9:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**; and
2. No later than seven days prior to the settlement conference, each party shall submit directly to Judge McAuliffe's chambers at bamorders@caed.uscourts.gov, a confidential settlement conference statement.  This statement should neither be filed with the Clerk of the Court nor served on any other party.

IT IS SO ORDERED.

Dated:   **April 7, 2017**              /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE