| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| BRENDA D. DOWLING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING,<br><br>　　　　Defendants. | No. 1:14-cv-01041-DAD-SAB<br><br>ORDER TO SHOW CAUSE REQUIRING PLAINTIFF'S PERSONAL APPEARANCE<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE THIS ORDER ON PLAINTIFF |

It is hereby ordered that plaintiff Brenda D. Dowling is to appear **personally** at the hearing on her counsel's motion to withdraw on Tuesday, September 26, 2017, at 9:30 A.M. in Courtroom 5 of the Robert E. Coyle United States Courthouse, 2500 Tulare St., Fresno, California and to show cause why that motion should not be granted. In the alternative, plaintiff Dowling may appear telephonically, but must contact her counsel, John Drooyan, to coordinate a telephonic appearance no later than Thursday, September 21, 2016, in order to do so. Plaintiff is also advised that if her attorney's motion to withdraw is granted, she will be responsible for prosecuting this action either by securing new counsel to substitute in on her behalf of by representing herself. If plaintiff elects the latter, she will be required to comply with the Federal Rules of Civil Procedure and the Local Rules of this court.

/////

1

The Clerk of Court is directed to serve this order on plaintiff Brenda D. Dowling **personally by mail** at the below address which has been provided by her counsel:[1]

Brenda D. Dowling
2906 N. Vagedes Ave.
Fresno, CA 93705

If plaintiff Dowling no longer wishes to pursue this action but rather wishes to dismiss it, she may advise the court of that desire. If not, however, she must appear at the time and place specified above as ordered. Any failure on plaintiff Dowling's part to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **September 7, 2017**

UNITED STATES DISTRICT JUDGE

---

[1] On August 29, 2017, plaintiff's counsel represented to the court that he successfully served a copy of his motion to withdraw on plaintiff at her home address. (*See* Doc. Nos. 80-1, 80-2.)

2