# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DOWLING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, et al.<br><br>　　　　Defendants. | No. 1:14-cv-01041-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS AND VACATING ALL DATES AND MATTERS IN THIS ACTION<br><br>(ECF No. 125)<br><br>THIRTY DAY DEADLINE |

　　　　On February 6, 2018, the parties filed a notice of settlement informing the Court that they have reached settlement resolving this action.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　All pending matters and dates in this action are VACATED; and

　　　　2.　　The parties shall file dispositional documents within thirty days of the date of entry of this order.

IT IS SO ORDERED.

Dated:　**February 7, 2018**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1